

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2010

**By Facsimile**
The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/22/10_

    Re:  **United States v. Rendon-Herrera et al.,**
         **S3 04 Cr. 962 (LAP)**

Dear Chief Judge Preska:

        The Government respectfully requests that the
conference scheduled for July 12, 2010 be adjourned. The parties
continue to actively discuss disposition of this matter without
trial and jointly request an additional month for those
discussions to continue.  Based on a conversation with your
Honor's chambers, the Government respectfully proposes that the
conference be adjourned to September 23, 2010 at 11:00 a.m.  The
parties further request that your Honor exclude the time until
September 23, 2010, from Speedy Trial Act calculations, pursuant
to Title 18, United States Code, Section 3161(h)(7)(A).  Such an
exclusion of time serves the interests of justice and outweighs
the interests of the defendant and the public in a speedy trial,
because it allows the parties to continue their disposition
discussions.  A proposed order is attached.  The Government also
notes that time is also appropriately excluded due to the pending
motions in this case, pursuant to 18 U.S.C. § 3161(h)(1)(D).

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

            By: _____
                        Benjamin Naftalis/Jocelyn Strauber
                        Assistant United States Attorneys
                        Tel. Nos.: (212) 637-2456/-1034
cc: Jeff Cohn, Esq.     Fax. No.:  (212) 637-0097

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the Government to continue disposition discussions with the defendant and to respond to the pending motions.

Accordingly, it is ORDERED that the time between the date of this Order and *September 23* is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A), in the interests of justice.

Dated: New York, New York
~~June~~ _July 21_ , 2010

_Loretta A. Preska_
HONORABLE LORETTA A. PRESKA
CHIEF UNITED STATES DISTRICT JUDGE